SDOH, 7/03

## PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES

Name:     Derrick Jamel Shaver           Docket #:   0648 3:12-00077P

Address:  2909 Wylie Drive Fairborn OH   Judge:      Michael R. Merz
          45324

You have been ordered by the United States District Court to pay a special assessment of **$15.00**, restitution of $ ____ , and/or a fine of **$375.00**, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the about of **$25**, commencing **4/30/2013**. This is based on the following analysis of your ability to pay: *see attached report*

_____          5-6-2013
U. S. Probation Officer                   Date

**Order of the Court:** The Court orders minimum monthly payments of $_____ to commence on _____ and to continue until the debt is satisfied or the Court alters the payment schedule.

_____          May 20, 2013
Signature of Judicial Officer             Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

> United States Clerk of Courts
> Federal Building, Room 712
> 200 West Second Street
> Dayton, Ohio 45402

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

X _____         04-17-13
Defendant                                 Date

_____          4-17-13
U. S. Probation Officer                   Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU